FILED—SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK F. RICKETTS,

                Plaintiff,

      vs.

CITY OF FULLERTON, et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. SACV 06-782-CJC (RNBx)

**J U D G M E N T**

    In accordance with the Order Re Dismissal of Action for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: *February 21, 2008*

                        CORMAC J. CARNEY
                        UNITED STATES DISTRICT JUDGE

1